**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

March 16, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Defendant's unopposed request is granted. Defendant shall respond to the Complaint by April 15, 2022.
>
> SO ORDERED.
>
> Date:   March 17, 2022
>         New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**Re:** *Luigi Abreu, Individually, and On Behalf of All Others Similarly Situated, v. A Place for Mom, Inc.*
Case No. 1:22-cv-01326-JPC

**Defendant A Place for Mom, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Cronan:

We represent Defendant A Place for Mom, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until April 15, 2022. The current date by which a response to the Complaint is due is March 25, 2022. Defendant needs additional time to investigate the allegations of the Complaint and has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:llm

cc:   All Counsel of Record (via ECF)