## PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

May 4, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Luigi Abreu, Individually, and On Behalf of All Others Similarly Situated, v. A Place for Mom, Inc.*
        Case No. 1:22-cv-01326-JPC

**Defendant A Place for Mom, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Cronan:

We represent Defendant A Place for Mom, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until May 25, 2022. The current date by which a response to the Complaint is due is May 6, 2022. The parties are discussing resolution of the matter and need additional time. Defendant's counsel has conferred with counsel for the plaintiff, who consents to this request. Defendant has made two previous requests for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:kpm

cc:   All Counsel of Record (via ECF)

Defendant's unopposed request is granted. Defendant shall respond to the Complaint by May 25, 2022.

SO ORDERED.

Date:   May 5, 2022
        New York, New York

JOHN P. CRONAN
United States District Judge

156805096.1
Perkins Coie LLP