UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                 Plaintiff,

vs.

A PLACE FOR MOM, INC.,

                 Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-01326-JPC

**NOTICE OF SETTLEMENT**

Plaintiff Luigi Abreu ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant A Place for Mom, Inc. ("Defendant") (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: May 25, 2022                            **MIZRAHI KROUB LLP**

                                                            /s/ Edward Y. Kroub
                                                             EDWARD Y. KROUB

The parties shall submit a letter advising the Court as to the status of settlement by June 27, 2022. If this case has been settled or otherwise terminated, counsel are not required to submit such letter, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the joint letter submission deadline, using the appropriate ECF filing event. All deadlines and conferences in this action are adjourned *sine die*.

SO ORDERED.

Date:  May 26, 2022
         New York, New York

                                                                   JOHN P. CRONAN
                                                           United States District Judge

- 2 -

                        EDWARD Y. KROUB
                        JARRETT S. CHARO
                        WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*